**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6519**

---

In Re: RUFUS HOUSER,

Petitioner.

---

On Petition for Writ of Mandamus.
(CR-95-12, CA-98-55-3)

---

Submitted: July 14, 2000          Decided: July 27, 2000

---

Before MURNAGHAN and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition dismissed by unpublished per curiam opinion.

---

Rufus Houser, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rufus Houser petitions this court for a writ of mandamus directing the district court to rule on his 28 U.S.C.A. § 2255 (West Supp. 2000) motion.  The district court denied the § 2255 motion on June 27, 2000.  Therefore, although we grant leave to proceed in forma pauperis, we dismiss the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED

2